UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAREN WATSON and CYRIL LEWIS,
on behalf of themselves and all others similarly
situated,

                                Plaintiffs,

     -against-

VISIONPRO COMMUNICATIONS CORP.,
VISIONPRO CORP., KEVIN SILVAR and
JOSEPH ROMANO,
                                Defendants.
-----------------------------------------------------------X

ORDER

CV-13-0684

(Wexler, J.)

WEXLER, District Judge:

      This action alleges violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") and is scheduled for jury selection on February 29, 2016. On February 26, 2016, the parties filed a settlement agreement and related documents, and a joint motion to adjourn the trial *sine die*. Based on this reported settlement, for the third time, the jury selection is canceled and this case is dismissed with prejudice.

SO ORDERED.

                                                                      LEONARD D. WEXLER
                                                                      UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
           February 26, 2016